1

2

3

4

5

6                      UNITED STATES DISTRICT COURT

7                           DISTRICT OF NEVADA

8                                  * * *

9    UNITED STATES OF AMERICA,    )
                                  )       2:02-CR-00674-PMP-LRL
10                  Plaintiff,     )
                                  )
11   v.                           )
                                  )           O R D E R
12   CHAO FAN XU, et al.,          )
                                  )
13                  Defendants.    )
                                  )
14   _____ )

15          On January 7, 2008, the Honorable Lawrence R. Leavitt, United States

16   Magistrate Judge entered a Report and Recommendation (Doc. #379) regarding

17   Government's Notice of Foreign Law (Doc. #263) and Defendant Xu Guo Jun's Response

18   (Doc. #272) thereto.

19          On January 29, 2008, Defendant Xu Guo Jun filed Objections to Magistrate

20   Judge Leavitt's Report and Recommendation (Doc. #412), to which the Government

21   Replied (Doc. #429) on February 22, 2008.

22          The Court has conducted a de novo review of the record in this case in

23   accordance with 28 U.S.C.§ 636(b)(1)(B) and Local Rule IB 3-2 and determines that

24   Magistrate Judge Leavitt's Report of Findings and Recommendation (Doc. #379) should be

25   Affirmed.

26   / / /

1       **IT IS THEREFORE ORDERED** that Defendant Xu Guo Jun's Objections to

2 Magistrate Judge Leavitt's Report and Recommendation (Doc. #412) are overruled.

3       **IT IS FURTHER ORDERED** that Magistrate Judge Lawrence R. Leavitt's,

4 Report and Recommendation (Doc. #379) entered January 7, 2008, is AFFIRMED.

5       **IT IS FURTHER ORDERED** that in view of the Notice of Foreign Law (Doc.

6 #263) filed by Plaintiff United States, this Court will instruct the trial jury as follows:

7                "You are instructed that fraud, or a scheme or
                attempt to defraud the Bank of China is a felony

8                 under Foreign Chinese Law."

9 DATED:  April 10, 2008.

10

11                                                                PHILIP M. PRO

12                                                             United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26