UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                     )<br>                    Plaintiff,              )<br>                                                     )<br>v.                                                 )<br>                                                     )<br>CHAO FAN XU, et al.,                )<br>                                                     )<br>                    Defendants.          )<br>_____ ) | 2:02-CR-00674-PMP-LRL<br><br><br>O R D E R |

On January 7, 2008, the Honorable Lawrence R. Leavitt, United States Magistrate Judge entered a Report and Recommendation (Doc. #379) regarding Government's Notice of Foreign Law (Doc. #263) and Defendant Xu Guo Jun's Response (Doc. #272) thereto.

On January 29, 2008, Defendant Xu Guo Jun filed Objections to Magistrate Judge Leavitt's Report and Recommendation (Doc. #412), to which the Government Replied (Doc. #429) on February 22, 2008.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and Local Rule IB 3-2 and determines that Magistrate Judge Leavitt's Report of Findings and Recommendation (Doc. #379) should be Affirmed.

///

**IT IS THEREFORE ORDERED** that Defendant Xu Guo Jun's Objections to Magistrate Judge Leavitt's Report and Recommendation (Doc. #412) are overruled.

**IT IS FURTHER ORDERED** that Magistrate Judge Lawrence R. Leavitt's, Report and Recommendation (Doc. #379) entered January 7, 2008, is AFFIRMED.

**IT IS FURTHER ORDERED** that in view of the Notice of Foreign Law (Doc. #263) filed by Plaintiff United States, this Court will instruct the trial jury as follows:

> "You are instructed that fraud, or a scheme or attempt to defraud the Bank of China is a felony under Foreign Chinese Law."

DATED: April 10, 2008.

PHILIP M. PRO
United States District Judge